## U.S. COURT OF APPEALS FOR THE
## ELEVENTH CIRCUIT

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | |
| | § | |
| Aaron Bonefant, et al | § | |
| vs. | § | Appeal No. 22-11897 |
| 3M Company, et al | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES BY AARON BONENFANT, ET AL.

COMES NOW Petitioner, Aaron Bonenfant, et al, through its attorneys of record, Brent W. Coon and files this its Certificate of Interested Parties and would respectfully show that the following persons, association of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations or other legal entities are or may be financially interested in the outcome of this action:

1. Judge M. Casey Rodgers – U.S. District Court Northern District of Florida.

2. Brent W. Coon – Attorney for Plaintiffs

3. See attached Exhibit A – List of all Plaintiffs represented by Brent W. Coon

4. Charles Franklin Beall Jr. – Attorney for Defendants

5. Connor McCarthy Blair. – Attorney for Defendants

6. Cole Carter. – Attorney for Defendants

7. Thomas Larry Hill. – Attorney for Defendants

8. Kasdin Miller Mitchell . – Attorney for Defendants

9. Matthew Parker Smith. – Attorney for Defendants

10. Kari L Sutherland. – Attorney for Defendants

11. See attached Exhibit B – List of Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of July, 2022, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record:

Respectfully submitted,

Brent Coon & Associates

By: */s/ Brent W. Coon* _____
     Brent W. Coon
     Texas Bar No. 04769750
     Federal ID No 9308
     Email:  Brent@bcoonlaw.com
     215 Orleans
     Beaumont, Texas 77701
     Tel. (409) 835-2666
     Fax. (409) 835-1912

**Exhibit A**

Abbott, Kelly

Abeita, Donavin

Aboko-Cole, William

Acosta, Jose

Adamick, Jason

Adams, Joel

Agosto, Francisco

Ahrens, Mary

Ahumada, Miranda

Aimes, Tim

Aldrich, Amanda

Aleman, Jose

Alexieff, Harold

Allen, Cody

Allen, Crystal

Allen, Deondre

Allen, Myron

Allsman, Kelly

Alonzo, Timothy

Alston, Bobby

Altpeter, Christopher

Alvarado, Daniel

Alvarado, Miguel

Amador, Anderson

Anderson, Andre

Anderson, Stoney

Anderson, Timothy

Aragon, Ambrosio

Argomido, Alvin

Arline, Juanda

Arriola, Vincent

Artis, Arthur

Ashby, Marvin

Askins, Elijah

Atkins, Jmarcus

Auman, Tyler

Austin, Janelle

Awoh, Christian

Axline, Bert

Aycock, Franklin

Bachara, Victoria

Backer, Greg

Bacon, Marshall

Baird, Christopher

Baker, Pallas

Baker, Richard

Baldwin, Kendell

Banjak, Rached

Banks, George

Banta, Garland

Banu, Cristian

Barger, Michael

Barnes, Sandra

Barnhart, Andrew

Baron, Daniyel

Barrett, Patrick

Barrington, Daniel

Bartlett, Christina

Baylis, Buford

Bazzle, Chris

Bean, Brittany

Bean, Debbie

Beatty, Ashtyn

Begay, Thomas

Bell, Alexis

Bell, Nick

Bell-Jackson, Jeanisha

Beltran, Raquel

Belts, Christopher

Bender, Amanda

Benfield, Mason

Bennett, Randall

Berisford, Robert

Bherns, Erik

Black, Logan

Black, Matthew

Blake, Ronald

Bledsoe, Santavus

Blevins, Destiny

Blount, Jamel

Blye, Eugene

Bohan, Louis

Bohy, Edward

Boise, George

Bolton, Jeremy

Bond, Derek

Bonenfant, Aaron

Boram, William

Bostic, George

Boswell, Eric

Boswell, James

Bowden, Joshua

Bowman, Jillian

Bowser, Anthony

Boyd, Christopher

Boydston, Daniel

Boyer, Shannon

Boykin, Christopher

Bradley, Shaun

Brannon, Chad

Brennan, Jasmine

Brent, William

Brewington, Michael

Brewster, Kristian

Bridges, James

Brigman, Sean

Briones, Benjamin

Brock, Tristan

Broderick, Sheamus

Brooker, Vera

Brooks, Amos

Brooks, Cathy

Brooks, Christopher

Brooks, James

Brown, Brandon

Brown, Dana

Brown, Daniel

Brown, Frederick

Brown, Ingrid

Brown, Isom

Brown, Johnathan

Brown, Matthew

Brown, Trusten

Brown, Tyrous

Brubaker, Cory

Brueggeman, Kasey

Bryan, David

Buchanan, Brandon

Buchanan, Jonathan

Buchanan, Nicholas

Buckley, Bryan

Buehler, Bernard

Buggs, Vincent

Bumcrot, Robert

Burke, Michael

Burkett, Jason

Burkhart, Billy

Burley, Lamont

Burnett, Billy

Burnett, Willie

Burton, James

Butcher, Richard

Byrd, Jacob

Cabrera, Roseland

Cacan, Curtis

Cailouette, Robert

Cain, Stephen

Campbell, Chevonne

Campbell, Daniel

Campbell, Ryan

Campini, John

Campos, Veronica

Canales, Cesar

Cannon, Torrance

Carbajal, Brandon

Carlin, Michael

Carman, Audra

Carman, John

Carr, Brandon

Carter, Antonio

Carty, Stephen

Castaneda, Deedra

Castillo, Ryan

Cayard, Christopher

Celaya, Richard

Chang, Phillip

Chapel, Coty

Chase, Christopher

Chavez, Juan

Cheley, Larry

Cherney, Christopher

Chevrestt, Cynthia

Childs, Kevin

Christian, Jason

Christie, Christopher

Chuong, San

Ciampi, Flavia

Clark, Danny

Clark, Jonathon

Clark, Raymond

Clark, Timothy

Clark, Xavier

Clawson, Matthew

Claybar, Angie

Clayton, Jeannette

Clem, Kenneth

Clement, Andrew

Clevinger, Raymond

Clifford, Daniel

Clower, Stephen

Coley, Devan

Coley, Rodriquez

Collazo, Alexander

Colon, Edgar

Colon, Felipe

Comer, Gabriel

Condrey, Christopher

Coney, Raymond

Coney, Timothy

Conyers, Jess

Cooke, Paul

Cooper, Arazo

Corbett, Chad

Corcione, Brendan

Corley, Shane

Cornejo, Erick

Cortez, Elward

Cortez, Gerardo

Cortez, Jose

Cote, Josh

Cottrell, Danita

Coulter, Juliann

Covello, Jasmine

Covington, Marcus

Crane, Tyler

Crawford, Kelly

Creekmore, Johnnie

Cromack, William

Crow, Justin

Crow, Marites

Crump, Walter

Cruz, Aida

Culberson, Sebastian

Culp, Lawrence

Cunha, Thomas

Cunningham, Bobby

Cypert, Seth

Cyprian, Timothy

Dairsow, Shakeya

Dallas, Dustin

Daniel, Johnathan

Darcy, John

Darden, Rickie

Daugherty, Tommy

Davenport, Timothy

Davidson, Jeff

Davis, Christopher

Davis, Jerry

Davis, Zachary

Day, George

De Bie, Chris

De La Rosa, Eduardo

Decrescenzo, David

Delashmit, Jonathan

Deleon, Ramon

Delgado, Alfredo

Desimone, Marcus

Diaz, James

Diaz, Mark

Dieffenbach, Joseph

Dietz, Joshua

Digati, Daniel

Dinkins, Danette

Discenza, Michael

Dixon, Joshua

Dobson, Lisa

Dokes, Clayton

Dougherty, Charles

Doughty, Willard

Drew, Jason

Driscoll, Daniel

Dunbar, Kelly

Duncan, Anthony

Duncan, Cade

Dunlap, Allan

Duran, Ricky

Eads, Erick

Echols, Maurice

Edgecombe, Chris

Edmunds, Eddie

Edwards, Joshua

Edwards, Thomas

Eiman, Joseph

Ellis, Daniel

Ellis, Keisha

Ellis, Rodney

Enos, William

Epps, Eric

Erdmann, Deanna

Ertel, Larry

Ervin, Kelly

Esparza, Jose

Estigoy, Samuel

Evancho, Brian

Evans, Antoine

Evans, Thomas

Ewbank, Ryan

Ewing, Dustin

Falcon, Hector

Faris, Marion

Farley, Ian

Farley, Joshua

Farmer, Marvin

Farooq, Aslam

Farrell, Will

Fejeren, Jesse

Fenelus, John

Fequiere, Damien

Ferguson, Katrina

Fernandez, Alberto

Fernandez, Ian

Fernandez, Nathaly

Ferrell, Floria

Ferretti, James

Figge, Robert

Figueroa, Angelique

Fisher, Chris

Fisher, Fredrick

Flagg, Jarod

Flammond, Jason

Flores, Rodrigo

Forest, Kirk

Forte, Brianna

Foster, Fredric

Francis, Avery

Francka, Luke

Franco, Emmanuel

Franklin, Charles

Frazier, George

Frazier, Philip

Frederickson, Jeff

Freeman, Brandon

Freeman, Daniel

Freiderich, Daniel

Frescas, Angel

Frick, Ralph

Frisell, Brent

Frybarger, Charles

Fuhrman, Timothy

Fuller, Jared

Fussell, Joshua

Gable, Aaron

Gabriel, Danny

Gaddy, Anthony

Gagliano, Nicholas

Gaines, Johnathan

Gainey, Justin

Gaitan, Pablo

Gallogly, James

Gamby, Ryan

Gant, Dorothy

Gant, John

Gappa, Gary

Garcia, Irving

Garcia, Miguel

Garcia, Ricardo

Gardner, Jose

Garibay, Jose

Garrett, Anthony

Garrett, Anthony

Garrett, Charles

Gates, Ermond

Gaudette, Jason

German, Scott

Gibbs, David

Gibson, Kwame

Giddens, Joshua

Giga, Ivan

Gilbert, Joe

Gildea, Daniel

Gill, James

Gish, Eric

Glassburn, Thomas

Goby, Lou

Goldsborough, Carolyn

Golinske, Joseph

Gomez, Ray

Gonz, Danial

Gonzales, Baldemar

Gonzalez, Isaias

Gonzalez, Jose

Gonzalez, Luis

Gonzalezsoto, Leonel

Goosby, Brian

Gordon, Mark

Gorenflo, Darek

Gourley, Brian

Gowens, James

Goynes, Anna

Graffis, Jacob

Granata, Jonathan

Gray, Tyrone

Green, Charles

Green, Diana

Green, Jeremy

Gregory, Rob

Griffin, Jerry

Griffin, Johnny

Grimes, John

Grimm, Shane

Grochowsky, Andrew

Guerrero, Gilberto

Guerrero, Manuel

Guerrero, Nicolas

Guminski, Zachary

Gunn, Daniel

Gunning, John

Guthrie, Sayre

Gutter, Kevin

Guy, Casey

Guzman, Fernando

Hackmann, Charles

Haley, Ramona

Haliburton, Denise

Hall, Alexander

Hall, David

Hall, Jeanene

Hall, Joseph

Hall, Joshua

Hall, Miles

Halligan, Matthew

Hamm, Michael

Hammond, Bridget

Hancock, Jeffrey

Hanner, Ryan

Hardin, Virgil

Harnage, Chris

Harris, Anthony

Harris, James

Harris, Mark

Harris, Roxanna

Harris, Sonja

Harvey, Jason

Hatch, Austin

Hauoli, John

Hauss, Eric

Hawes, Michael

Hayes, Damion

Hayes, Pamela

Haynes, Roderick

Head, Michael

Hedge, David

Heesaker, Brian

Heidrich, Daniel

Heiny, Mike

Hernandez, Abraham

Hernandez, Jenifer

Hernandez, Louis

Hernandez, Marlon

Hernandez, Pablo

Herring, Johnathan

Herrington, Jeffrey

Herzik, Clinton

Hess, Stephen

Hetrick, Jesse

Hicks, George

Hilstock, Christopher

Hinnant, Bridgett

Hinson, Yulanda

Hinton, Stevie

Hodge, Cameron

Hodge, Veronzo

Hoel, Jayangela

Hoes, Armin

Hoeye, Ryan

Hoff, Justin

Hoffman, Alan

Hogan-Williams, Luciana

Hoke, Dwayne

Holbrook, Michael

Holder, Denver

Holliday, Milton

Honse, Eric

Hooghe, Jimmy

Hooghe, Jonathan

Horton-Barnett, Diana

House, Britney

Hubby, Gregory

Huber, Timothy

Huewitt, Ernest

Huff, Alexander

Hughes, Trevor

Hughes-Diai, Tamara

Huliganga, Nadia

Hundley, Haydee

Hurt, Ronnie

Husain, Catrel

Hutsonpillar, David

Hux, Curt

Irizarry, Froilan

Iyeke, Jerome

Jackson, Daisy

Jackson, David

Jackson, Donald

Jackson, Glendon

Jackson, Krystal

Jackson, Michael

Jackson, Tony

James, Brian

Jansen, Daniel

Jenkins, Eric

Jennis, Vernod

Jimenez, Andres

Jimenez, Victor

Jimenez, Victor

Joenks, John

Johnson, Benjamin

Johnson, Damon

Johnson, Floyd

Johnson, Howard

Johnson, James

Johnson, Steven

Johnson, Yealonda

Johnson, Zion

Jolly, Dustin

Jones, Fred

Jones, Gilbert

Jones, Matthew

Jones, Ronnie

Jordan, Carlton

Jordan, Raymond

Joseph, Ray

Kayl, Jayleene

Kearns, Malcolm

Keefer, Lewis

Keen, Rico

Keeton, Jeremiah

Keita, Molee

Keith, Jerry

Kelley, Desmond

Kelley, Kristen

Kelly, Nicholas

Kendrick, Allen

Kennedy, Jeremy

Kergosien, John

Khan, Joseph

Kibbe, Joseph

Kight, Robert

Kilker, Christopher

King, Hurley

King, John

King, Jordan

King, Joseph

Kirchner, Robin

Kirkland, Ridge

Kleinsorge, Scott

Klopfer, David

Knighten, Myritah

Koehler, Ryan

Kovach, Andrew

Kowalski, Michael

Kranz, Earnest

Kreider, Christopher

Kubis, Jerold

Kunard, Robert

Kuykendall-Johnson, Shaina

Lackner, Jesse

Laney, Christopher

Laney, Walter

Lapenta, Alexander

Larkins, Quentin

Larned, Brett

Lasiter, Roger

Lauppe, Christopher

Lawson, Antoneyo

Lawson, Dylan

Lea, Angelica

Leblanc, Damian

Lee, Brittny

Lee, James

Legan, Ralph

Leidig, Shane

Leinen, Timothy

Leleux, Gary

Lengyel, Andre

Lennon, John

Lennox, Clinton

Lentz, Billy

Leopold, Kern

Leverton, George

Levine, Renee

Lewis, Javelle

Lewis, Michael

Lewis, Sean

Lichty, Christopher

Lightfoot, Kenneth

Likiak, Lyndon

Lind, Theodore

Lipari, Austin

Lipowski, Blaze

Liska, Dennis

Little, Derrick

Loder, Johnathon

Logan, Taja

Lopez, Eddie

Lopez-Ayala, Juan

Lore, Will

Loveday, Bryan

Lovett, Johnny

Lowe, Aieshah

Lowe, Makana

Lowe, Michael

Mackey, Candace

Macrae, James

Maes, Manuel

Major, Efford

Maldonado, Elias

Maldonado, Melvin

Mann, Navkirat

Manor, Brett

Marrero, Jeremy

Marsh, Keegun

Marshall, Freddie

Marshall, Stephen

Marshall, Yakim

Martelo, Mario

Martin, Arthur

Martin, Charles

Martin, Ivan

Martin, Rashaldo

Martin, Samantha

Martinez, Alicia

Martinez, Ariel

Martinez, Juan

Martinez, Mashada

Martinez-Acevedo, Frank

Mason, Kirk

Mathis, Charles

Mathis, Rodney

Matthews, Nicole

Mavis, Nestor

Maxwell, Lester

Mayer, George

Mays, Mark

Maza, Reyes

Mcallister, Bridget

Mcananney, Shawn

Mccann, Aaron

Mccarter, Justin

Mcclure, Travis

Mccumbee, Stephanie

Mcdaniel, Philip

Mcdonald, John

Mcglothen, Miesha

Mcgovern, Francis

Mcgregor, Joni

Mcguire, Maceya

Mckenzie, Ryan

Mclain, Jeremy

Mcmillan, Raymon

Mcmullen, Larry

Mcnear, Andrew

Mcquaid, Sean

Mcquaid, Shawna

Meade, Alexander

Meadows, Tracy

Mealing, Decora

Medlin, Matthew

Melton, Steve

Merhoff, Tina

Mericle, Angeline

Metcalf, Theoda

Meyers, George

Michel, Lewis

Middleton, Cody

Mikhail, Patrick

Miller, Jeffry

Miller, Johnathan

Miller, William

Millett, Samuel

Milligan, James

Mills, Aaron

Mills, Nicholas

Miranda, Edgar

Missner, Johnathan

Mitchell, Michael

Mitchell, Michael

Mize, Thomas

Mobbley, Angela

Mokler, Audel

Moody, Ryan

Moore, Daniel

Moran, Philip

Moreno, Daniel

Moreno, Pedro

Morgan, Joe

Morris, Benjamin

Morris, Christopher

Morris, Latonia

Morris, Richard

Morris, Tyler

Morse, Trevor

Morsey, Michael

Moulton, Keith

Moyer, Byron

Mull, David

Mullen, Terry

Munford, Timothy

Nash, Deaundre

Nash, M

Navalta, Marvin

Navarro, Jasmine

Navarro, Jose

Neal, Clarrance

Neal, Jeremy

Needler, Tiffany

Neeper, Todd

Nelson, Jessica

Nelson, Richard

Nelson, Terry

Newell, Arius

Newsome, Terance

Nicolae, Andy

Nielsen, Charles

Nimely, Chris

Nino, Alberto

Noorzard, Mustafa

Nunn, Jeremy

Nuqui, Timothy

Nwosu, Chinonso

Nyden, Donald

Nys, Carolyn

Odom, John

Ohm, Jason

Okine, Marly

Olivas, Anthony

Olivas, Jesus

Oliveira, Andrew

Oliver, Brian

Oliver, Eddie

Oller, Daniel

Olson, Daniel

O'Neil, Sean

Onesi, Johnathan

Oretega Ortiz, Angel

Ormand, Terry

Ortiz, Brandon

Ortiz, Jose

Otero, Erving

Owens, Clinton

Owens, Donald

Oxstien, Charles

Pack, Jerrod

Padgett, Jennifer

Padgett, Tommie

Pagan, Jesse

Pages, Jordan

Panchenko, Aleksandr

Pargeter, Jason

Park, Steven

Parker, Adam

Parker, Dexter

Parker, Joseph

Parks, Franklin

Parks, Russell

Parks, Willie

Parrish, Carroll

Parsons, Steven

Patrick, Thomas

Patten, Brandon

Patterson, Jeremiah

Patterson, Kelli

Patton, Alex

Paxton, Eric

Payne-Pierson, Toninette

Pelfrey, Thomas

Pender, Marvin

Pennington, Travis

Pereira, Helio

Perez, Roel

Perez, Sabrina

Perkins, William

Perry, Joseph

Pershing, John

Peter, Makia

Peterson, Michael

Petrofsky, Tanja

Phelps, Nicholas

Phillips, Mark

Philpot, Antonia

Photiou, Sean

Pina, Alan

Pinedo, Agustin

Pizarro, George

Plew, Austin

Pond, Kasandra

Pope, Carter

Porter, Herbert

Porter, Phillip

Postell, Amos

Prather, Aaron

Prather, Benjamin

Prescott, Lajuan

Pressley, Darren

Price, Marquette

Primous, Cassandra

Pryce, Anthony

Pulliam, Jeremy

Purnell, Barry

Pyburn, Byron

Quinones, Brenda

Quintero, Robert

Quitugua, Raquelle

Rachor, Peter

Ragusa, Terrence

Rambert, Terrance

Rapacz, Eric

Raper, Raymond

Rascoe, Rodric

Ray, Charles

Ray, Danny

Ray, Roland

Recille, Najja

Reddick, Tommy

Rees, Roger

Reeves, David

Reitz, Daniel

Rentschler, Randy

Reyes, Alejandra

Reyes, Reginaldo

Reynolds, James

Reynolds, Jonathan

Rhodes, Amber

Rhodes, Dennis

Rholetter, Michael

Richards, Robert

Richardson, Anthony

Richardson, Spencer

Rico, Nijah

Riggio, Rick

Ringeisen, William

Rippel, Zachary

Rivenburgh, William

Rivera, Angel

Rivera, Geczel

Rivera, Nicholas

Rivera, Tristan

Roberson, Chancey

Roberts, Ricky

Robinson, Harland

Robinson, Lachaka

Robles, Antonio

Rodrigo, Diacono

Rodriguez, David

Rodriguez, Hector

Rodriguez, Jason

Rodriguez, Larry

Rodriguez, Raul

Rogers, John

Rogers, Thomas

Roginski, Matthew

Romero, Kevin

Roper, Tiffanie

Ross, Elisa

Ross, Wankeisha

Rosser, Gretta

Roth, Robert

Rowland, Craig

Roy, Crasean

Royall, Prince

Rubi, Frank

Rubio, Felix

Rushing, Babette

Russell, Cody

Russey, Xavier

Rutherford, Malcolm

Rutkowski, Lee

Salaz, Michael

Sanchez, Carlos

Sanders, James

Sanders, Mikal

Sanon, Wilbert

Sartele, Travis

Sartin, Wesley

Saylor, Jeremy

Scales, Russell

Schaefer, Brandi

Scheeler, Anthony

Schirmer, Daniel

Schmidt, Robert

Schmidt, Seth

Schmidt, Toby

Schneider, Adam

Schneider, David

Schulte, Jeremy

Schultz, John

Schulz, Taylor

Scott, Deviene

Seely, Daniel

Segovia, Lulene

Segura, Mark

Shaw, Traequan

Shelton, Boman

Shelton, Steven

Shipman, Bryan

Shivers, Ben

Shook, Robert

Showalter, Dan

Shumaker, Raymond

Sibert, Josh

Sibley, Michael

Sides, Michael

Sies, Nicholas

Sifuentes, Guy

Sii, Greg

Simmons, Oneal

Simon, Nicholas

Sims, Taylor

Singer, Joshua

Sinischo, Gary

Sinkewicz, Thomas

Skinner, Derek

Slatton, Patricia

Smart, Novelle

Smiac, Andrijan

Smith, Aaron

Smith, Alexander

Smith, Brenda

Smith, Ezekiel

Smith, Greg

Smith, Henery

Smith, Hubert

Smith, Joseph

Smith, Joshua

Smith, Keegan

Smith, Matthew

Smith, Richard

Smith, Terrence

Smith, Tonja

Smith, Yahshikar

Sobers, Brandon

Soto, Jose

Sparenberg, Jeffrey

Spence, John

Spielmaker, Roy

Srur, Mark

Standridge, Brandon

Stanwyck, Carraig

Stephen, Jeramy

Sterling, Martin

Stewart, Joyce

Stokes, Andrew

Stone, Bradley

Stone, Stephen

Stout, Elroy

Strader, Corey

Stratton, Joseph

Straw, Joshua

Street, David

Strout, Anthony

Stump, Stacey

Stumpf, Mark

Stutts, Landon

Sublett, Robert

Summers, Craig

Swaringim, Brandon

Swift, Tyler

Swinton, Allen

Tafoya, Arturo

Talley, Melissa

Tamayo, Sergio

Tamburini, Brock

Taravella, Michael

Tarrant, Mark

Tate, Gregory

Taylor, Larry

Taylor, Sharlene

Thames, William

Thiede, Steven

Thomas, Cartez

Thomas, Corey

Thomas, Lynetta

Thomas, Sandy

Thompson, Armanni

Thompson, Brian

Thompson, Jerron

Thompson, Michael

Thompson, Ramar

Thompson, Summer

Thompson, Travis

Thorne, Christyal

Thornhill, Charles

Thornton, Dari

Tiedemann, Robert

Tikiun, Henry

Timms, Catherine

Timon, Donald

Tindall, Andrew

Tipton, Eric

Titman, Mikeal

Toliver, William

Tomokane, Darrell

Tooke, Christopher

Tookenay, Mike

Toone, Calvin

Torres, Mark

Towles, Elissa

Town, William

Travers, Steven

Tre Van, Joshua

Treglazoff, Michael

Trone, Anita

TRUE, Tyler

Trufant, Nathan

Tucker, Antonyo

Twitty, James

Umstead, Jabali

Usobi, Krystel

Utz, Jacob

Valdes, Pablo

Van Zandt, Randy

Van, Scott

Vanderlugt, Paul

Vanderpool, Dale

Vandyke, Edward

Vannewhouse, Lauren

Vargas, Eliseo

Vaughn, Cedrick

Vazquezcollazo, Antonio

Vega, Hugo

Vega, Jose

Vela, Laura

Vereen, Elton

Verwiel, John

Vetter, Thomas

Vickery, Richard

Villafuerte-Silva, Alexis

Vogl, Jeremiah

Wade, Tyler

Walcott, Reynold

Waldrop, David

Walker, David

Walker, Deon

Walker, Freddrick

Ward, Isis

Ward, Joann

Ward, Russell

Warenda, Keith

Warren, Kenneth

Washington, Walter

Waters, Marcel

Watson, Ivan

Watson, Janet

Watson, Jerry

Watson, Sam

Watts, William

Wayne, Pat

Weal, James

Weatherspoon, Travell

Wedge, Peter

Weiss, Michael

Wells, Travis

Welty, Joel

West, Eric

Westbrook, Nathaniel

Westcott, Ryan

Wetherington, Dan

Wheelwright, Derek

Whelihan, Matthew

Whitaker, Ashley

White, Gary

White, Jevon

White, Joshua

White, Lemuel

White, Shakim

Whitmore, Kristine

Whittemore, Christopher

Wietgrefe, Seth

Wilcock, Jason

Williams, Daniel

Williams, Eric

Williams, Keith

Williams, Kyrian

Williams, Patrecia

Williams, Robert

Williams, Sandra

Williamson, Chris

Wilson, Michael

Wilson, Steven

Wisdom, Justin

Wood, David

Wooden, Michael

Woodford, Mackenzie

Woodfork, Elmus

Woods, Daniel

Woodyard, John

Worden, Jonathan

Wordlaw, Sirgeorge

Wormely, Michael

Wright, Aristotle

Wuchevich, Stanley

Wygant, Douglas

Yarbrough, Stephen

Ybarra, George

Yealey, Dale

Youmans, Jimmy

Young, Elmore

Young, Marvin

Young, Philimingion

Young, Victor

Youngeagle, Brent

Youngeagle, Jenelle

Zabka, Ryan

Zapsky, Joshua

Zumwalt, Michael

**Exhibit B**

3M Company

Aearo Technologies LLC

Aearo Holding, LLC

Aearo Intermediate, LLC

Aearo, LLC