No. 22-11897

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

AARON BONEFANT, et al.

*Plaintiffs-Appellants*,

v.

3M COMPANY, et al.,

*Defendants-Appellees*.

———————

On Appeal from the United States District Court
for the Northern District of Florida,
Nos. 3:19-md-02885-MCR-GRJ

———————

## DEFENDANTS-APPELLEES' CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

———————

COLE CARTER
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654

KASDIN M. MITCHELL
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

PAUL D. CLEMENT
 *Counsel of Record*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Defendants-Appellees 3M Company, 3M Occupational Safety LLC,
Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC,
and Aearo, LLC*

July 22, 2022

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellees 3M Company, 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC hereby certifies that the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

- 3M Company (**MMM**) – Defendant-Appellee
- 3M Occupational Safety LLC – wholly owned subsidiary of Defendant-Appellee 3M Company
- Aearo Holdings LLC – wholly owned subsidiary of Defendant-Appellee 3M Company
- Aearo Intermediate LLC – wholly owned subsidiary of Defendant-Appellee 3M Company
- Aearo Technologies LLC – wholly owned subsidiary of Defendant-Appellee 3M Company
- Aearo, LLC – wholly owned subsidiary of Defendant-Appellee 3M Company

- Beall, Charles Franklin, Jr. – counsel for Defendants-Appellees

- Blair, Connor McCarthy – counsel for Plaintiffs-Appellants

- Brock, Robert C. – counsel for Defendants-Appellees

- Butler Snow – counsel for Defendants-Appellees

- Carter, Cole T. – counsel for Defendants-Appellees

- Clement, Paul D. – counsel for Defendants-Appellees

- Coon, Brent W. – counsel for Plaintiffs-Appellants

- Hill, Thomas Larry – counsel for Defendants-Appellees

- Jones, Hon. Gary R. – U.S. Magistrate Judge for the Northern District of Florida

- Kirkland & Ellis LLP – counsel for Defendants-Appellees

- Mitchell, Kasdin Miller – counsel for Defendants-Appellees

- Moore Hill & Westmoreland – counsel for Defendants-Appellees

- Nomellini, Mark J. – counsel for Defendants-Appellees

- Rodgers, Hon. M. Casey – U.S. District Judge for the Northern District of Florida

- Smith, Matthew Parker – counsel for Plaintiffs-Appellants

- Sutherland, Kari L. – counsel for Plaintiffs-Appellants

- *See* Exhibit A to Plaintiffs-Appellants' Certificate of Interested Persons for complete list of Plaintiffs

*Bonefant, et al. v. 3M Company, et al.*, No. 22-11897

Defendant-Appellee 3M Company states that it is a corporation whose shares are publicly traded (NYSE: **MMM**). 3M Company does not have a parent corporation and no publicly held corporation owns 10% or more of 3M's stock.

Defendants-Appellees 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC state that they are wholly owned subsidiaries of Defendant-Appellee 3M Company.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | s/Paul D. Clement |
| Cole Carter | Paul D. Clement |
| KIRKLAND & ELLIS LLP | CLEMENT & MURPHY, PLLC |
| 300 N. LaSalle | 706 Duke Street |
| Chicago, IL 60654 | Alexandria, VA 22314 |
|  | (202) 742-8900 |
| Kasdin M. Mitchell | paul.clement@clementmurphy.com |
| KIRKLAND & ELLIS LLP |  |
| 1301 Pennsylvania Avenue, NW |  |
| Washington, DC 20004 |  |

*Counsel for Defendants-Appellees 3M Company, 3M Occupational Safety LLC, Aearo Holdings LLC, Aearo Intermediate LLC, Aearo Technologies LLC, and Aearo, LLC*

July 22, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement using the Court's CM/ECF system, which will automatically send notification to counsel of record.

Dated: July 22, 2022                        Respectfully submitted,

                                                  <u>s/ Paul D. Clement</u>
                                                  Paul D. Clement